# NOT DESIGNATED FOR PUBLICATION

## STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

## CA 05-1584


ALICE MONCRIEF

VERSUS

SUCCESSION OF
LESLIE THOMAS ARMSTRONG


***************

APPEAL FROM THE
ELEVENTH JUDICIAL DISTRICT COURT
PARISH OF SABINE, NO. 57,099
HONORABLE CHARLES BLAYLOCK ADAMS, PRESIDING

***************

MICHAEL G. SULLIVAN
JUDGE

***************

Court composed of John D. Saunders, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.


**MOTION TO REINSTATE APPEAL GRANTED.**

David A. Rothell
400 Travis Street, Suite 1500
Shreveport, Louisiana  71101
Telephone: (318) 425-5252
Counsel for Alice Moncrief

Ronald D. Brandon
Post Office Box 216
Many, Louisiana  71449
Telephone:  (318) 256-5910
Counsel for Succession of Leslie Thomas Armstrong

**Robert E. Plummer**
**Plummer & Means, L.L.C.**
**P. O. Drawer 839**
**Mansfield, Louisiana 71052**
**Telephone: (318) 872-3945**
**Counsel for Succession of Leslie Thomas Armstrong**